IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL
:
v. :
_ANTHONY GABRIEL STAINO, JR_ NO. _09-496-01_

## CONDITIONS OF RELEASE ORDER

### BAIL

Defendant is **released on bail** in the amount of: $ _1 Million_
_____ O/R
_____ cash
__✓__ secured by:
　　_____ % cash
　　_____ property at: _See Attached List_
__✓__ Clerk's office requirements are not waived. Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

### PRETRIAL SERVICES

_____ Defendant shall report to Pretrial Services:
　　__✓__ **as directed** by Pretrial Services.
　　_____ times per week **in person**.
　　_____ times per week **via telephone**.

_____ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.

_____ Defendant shall submit to **random drug testing** as directed by Pretrial Services.

_____ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.

__✓__ Defendant shall submit to **electronic monitoring** at the following address: _____

　　__✓__ **24 hours a day** (Defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.) _permitted to take daughter to child care_

_____ Defendant is permitted to continue **working** outside the home, but shall submit to **curfew** between the hours of _____, during which electronic monitoring will be in place. (Otherwise, defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

### PASSPORT

__✓__ Defendant shall surrender and/or refrain from obtaining a **passport**. _+ wife's passport_

| TRAVEL |
|---|

__✓__ Travel is restricted to the **Eastern District of Pennsylvania**. → ~~E~~ N.J.
_____ Travel is restricted to the _____ Gloucester
_____ Unless prior permission is granted by Pretrial Services. CA.
                                                                  Camden
                                                                  Burlington

| FIREARMS |
|---|

__✓__ Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

| MISCELLANEOUS |
|---|

__✓__ Defendant shall have no contact with **co-defendants**, ~~potential witnesses~~ Convicted LCN in this members case, or individuals engaged in any **criminal activity**.
_____ Defendant must maintain present **employment**.
_____ Defendant must **actively seek** gainful employment.
_____ Defendant shall undergo a **mental competency evaluation**.
_____ Defendant must reside:

at: ____102 Westminster DR____
with: ____Swedesboro NJ____

| COMPUTERS/INTERNET |
|---|

_____ The defendant is subject to the following computer/internet restrictions which are to be monitored by U.S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to insure compliance with the imposed restrictions.

_____ **No computers:** the defendant is prohibited from possession and/or use of any computers and connected devices.

_____ **Computer; no Internet access:** the defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (as World Wide Web, FTP sites, IRC servers, instant messaging)

_____ **Computer; with Internet access:** the defendant is permitted use of computers or connected devices, is permitted access to the Internet for legitimate purposes, and is responsible for any fees connected with the installation and use of monitoring software.

Page 2

_____ **Other Residents:** by consent of other residents, all computers located at the address of record shall be subject to inspection to insure the equipment is password protected.

_____ **Other Restrictions:**

**OTHER CONDITIONS:**

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

It is so ORDERED this 25 day of MAY, 2011.

BY THE COURT:

_____
TIMOTHY R. RICE
UNITED STATES MAGISTRATE JUDGE

(Form Revised April, 2010)