ER

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | : |
| | : |
| V. | : CRIM NO. 09-496-1 |
| | : |
| ANTHONY STAINO, JR. | : |

FILED
MAY 26 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, to wit, this 26 day of MAY 2011, it is hereby ORDERED and DECREED that over Government's objections, bail in the above captioned matter is reduced from One Million Dollars ($1,000,000.00) to Nine Hundred Thousand Dollars ($900,000.00), SECURED BY the following Properties Posted ~~are as follows:~~

1. 103 Astor Ave., Egg Harbor Township, NJ. 08234
2. 102 Westminster Drive, Swedesboro, NJ. 08085
3. 5903 Fourth Street, Mays Landing, NJ. 08330
4. 1926 Forrest Ave., Morton, PA 19070
5. 116 N. Baltimore Avenue, Unit A, Ventnor City, NJ 08406
6. 116 N. Baltimore Avenue, Unit B, Ventnor City, NJ 08406

BY THE COURT:

_____ J.