UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES

V.

ANTHONY STAINO, JR.

CRIM NO. 09-496-1

FILED
MAY 27 2011
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, to wit, this 27 day of May, 2011, it is hereby ORDERED and DECREED that over Government's objections, bail in the above captioned matter is reduced from One Million Dollars ($1,000,000.00) to Nine Hundred Thousand Dollars ($900,000.00), secured by the following properties posted:

1. 103 Astor Ave., Egg Harbor Township, NJ. 08234
2. 102 Westminster Drive, Swedesboro, NJ. 08085
3. 5903 Fourth Street, Mays Landing, NJ. 08330
4. 1926 Forrest Ave., Morton, PA 19070
5. 116 N. Baltimore Avenue, Units A and B, Ventnor City, NJ 08406
6. 211 W. Wilmont Ave., Somers Point, NJ 08244.

BY THE COURT:

L. Restrepo
Restrepo     J.