```
                 THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO. 09-496-01,03,04,05,08, -11,14 |
| | : | |
| JOSEPH LIGAMBI, ANTHONY STAINO, JR., JOSEPH MASSIMINO, GEORGE BORGESI, DAMION CANALICHIO, GARY BATTAGLINI, JOSEPH LICATA | : | |

### **O R D E R**

**AND NOW**, this **3rd** day of **January, 2013**, it is **ORDERED** that the Clerk of Court for the Eastern District of Pennsylvania be and he is hereby directed to furnish morning coffee service and afternoon snack for the dates of December 11,12,18 & 19, 2012 and lunch service for the dates of December 11,18 & 19, 2012 for 12 jurors and 5 alternates engaged in the above entitled case.

BY THE COURT:

ATTEST: s/ Ronald Vance
Ronald Vance
Deputy Clerk

cc:  Fiscal Section (1)

```
 1/3/13              RV
  Date             By Whom
```